# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**RICHARD ERVIN,**

          **Plaintiff,**                    **Case No. 2:19-cv-2986**

    **v.**                              **JUDGE EDMUND A. SARGUS, JR.**
                                  **Magistrate Judge Chelsey M. Vascura**

**MATTHEW CRISLER,**

          **Defendant.**

## OPINION AND ORDER

This matter is before the Court for consideration of a Report and Recommendation issued by the Magistrate Judge on September 12, 2019. (ECF No. 9.) The time for filing objections has passed, and no objections have been filed to the Report and Recommendation. Therefore, the Court **ADOPTS** the Report and Recommendation. For the reasons set forth in the Report and Recommendation, the Court **DISMISSES** this action under 28 U.S.C. § 1915(e)(2)(B) for failure to state a claim upon which relief may be granted.

          **IT IS SO ORDERED.**

10-31-2019
_____                    _____
**DATE**                                   **EDMUND A. SARGUS, JR.**
                                           **UNITED STATES DISTRICT JUDGE**